ABE WEISSMAN v. SPENCER, WHITE & PRENTIS, INC.— Motion for leave to

appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.